**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-02
MARCH 13, 2018 SESSION**

FILED
MAR 13 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                              CRIMINAL NO. 5:18-00051
                                 8 U.S.C. § 1326(a)

**OLVIN ALEXIS RAMOS-DIAZ**
   a/k/a Ramos Diaz
   a/k/a Olvin Alexis

## INDICTMENT

**(Reentry of a Removed Alien)**

The Grand Jury Charges:

1. On or about March 14, 2017, defendant OLVIN ALEXIS RAMOS-DIAZ, a/k/a Ramos Diaz and Olvin Alexis (hereinafter "OLVIN ALEXIS RAMOS-DIAZ"), an alien, was found at or near Carrizo Springs, Texas, was convicted on or about March 16, 2017 in the United States District Court, Western District of Texas of the misdemeanor offense of Improper Entry into the United States, in violation of 8 U.S.C. § 1325(a)(1), and was subsequently removed from the United States to Honduras on or about March 31, 2017.

2. On or about February 28, 2018, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant OLVIN ALEXIS RAMOS-DIAZ, an alien, was subsequently found in the United States after having

been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By: *Erik S. Goes*
ERIK S. GOES
Assistant United States Attorney